IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN LINDSEY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:16-cv-02695 |
| GEOVERA SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karen Lindsey and Defendant GeoVera Specialty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 12th day of July, 2017.

Respectfully submitted,

/s/ *R. D. D.*
Richard D. Daly
State Bar No. 00796429
Southern District Bar No. 20706
James W. Willis
State Bar No. 24088654
Southern District Bar No. 2553513

**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
E-mail: rdaly@dalyblack.com
E-mail: jwillis@dalyblack.com

**COUNSEL FOR PLAINTIFF**

\* Signed with permission

And


/s/ *Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
Brett D. Gardner
State Bar No.: 24078539
Southern District No.: 3016873

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: bgardner@thompsoncoe.com

**COUNSEL FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 12th day of July, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Richard D. Daly
James W. Willis
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas  77098
Facsimile: (713) 655-1587
rdaly@dalyblack.com
jwillis@dalyblack.com
 *Counsel for Plaintiff*

/s/ *Rhonda J. Thompson*
Rhonda J. Thompson