United States District Court
Southern District of Texas
**ENTERED**
July 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN LINDSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION |
| | § | NO. 4:16-cv-02695 |
| GEOVERA SPECIALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Karen Lindsey and Defendant GeoVera Specialty Insurance Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Signed Jul 13, 2017

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

/s/ *   R. D. D%/
Richard D. Daly
State Bar No. 00796429
Southern District Bar No. 20706
James W. Willis
State Bar No. 24088654
Southern District Bar No. 2553513

**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
E-mail: rdaly@dalyblack.com
E-mail: jwillis@dalyblack.com

**COUNSEL FOR PLAINTIFF**
*signed with permission*

And


/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
Brett D. Gardner
State Bar No.: 24078539
Southern District No.: 3016873

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: bgardner@thompsoncoe.com

**COUNSEL FOR DEFENDANT**